```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN R. DURSO, JOHN DEMARTINO,           *
MURRAY J. MORRISSEY, JEFFREY             *
LAUB, and FRED WREN, as Trustees and     *
Fiduciaries of the LOCAL 338 HEALTH      *
AND WELFARE FUND,                        *
                                         *
          and                            *
                                         *
JOHN R. DURSO, JOHN DEMARTINO,           *
ARTHUR CARAWAY, JEFFREY                  *
LAUB, MICHAEL MOST, JON                  *
GREENFIELD, JOHN CATSIMATIDES,           *
SAMUEL PELTZ, and SYDNEY KATZ,           *
as Trustees and Fiduciaries of the       *
LOCAL 338 RETIREMENT FUND,               *
                                         *
                          Plaintiffs,    *
                                         *
          - against -                    *
                                         *
BMJ FOOD CORP.,                          *
                                         *
                          Defendant.     *
------------------------------------------------------------X
```

07 CV 5781

JUDGE CASTEL



JUN 1 8 2007

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for the Trustees and Fiduciaries of the Local 338 Retirement and Health and Welfare Funds certify that Plaintiffs comprise a Board of Trustees that has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
       June 18, 2007

By: _____
William K. Wolf (WW-7906)

FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500
Attorneys for Plaintiffs

Author: WKW   Doc Number:76974