UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN R. DURSO, JOHN DEMARTINO,
MURRAY J. MORRISSEY, JEFFREY
LAUB, and FRED WREN, as Trustees and
Fiduciaries of the LOCAL 338 HEALTH
AND WELFARE FUND,

     and           ECF CASE

JOHN R. DURSO, JOHN DEMARTINO,
ARTHUR CARAWAY, JEFFREY
LAUB, MICHAEL MOST, JON       07-CV-5781
GREENFIELD, JOHN CATSIMATIDES,   (PKC) (RLE)
SAMUEL PELTZ, and SYDNEY KATZ,
as Trustees and Fiduciaries of the
LOCAL 338 RETIREMENT FUND,

         Plaintiffs,

  - against -

B.M.J. FOOD CORP.,

         Defendant.
------------------------------------------------------------X

### NOTICE OF DISMISSAL

    Pursuant to FRCP 41(a)(1)(i), Plaintiffs, the Trustees and Fiduciaries of the Local 338 Health and Welfare and Retirement Funds, by their attorneys Friedman & Wolf, hereby dismiss this action against Defendant B.M.J. Food Corp.

Dated: July 6, 2007
   New York, New York

                /s/ William K. Wolf
                William K. Wolf (WW-7906)

                FRIEDMAN & WOLF
                1500 Broadway, Suite 2300
                New York, New York 10036
                (212) 354-4500
                Attorneys for Plaintiffs