UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN R. DURSO, JOHN DEMARTINO,
MURRAY J. MORRISSEY, JEFFREY
LAUB, and FRED WREN, as Trustees and
Fiduciaries of the LOCAL 338 HEALTH
AND WELFARE FUND,
    and                                     **ECF CASE**
JOHN R. DURSO, JOHN DEMARTINO,
ARTHUR CARAWAY, JEFFREY
LAUB, MICHAEL MOST, JON                   07-CV-5781
GREENFIELD, JOHN CATSIMATIDES,            (PKC) (RLE)
SAMUEL PELTZ, and SYDNEY KATZ,
as Trustees and Fiduciaries of the
LOCAL 338 RETIREMENT FUND,
                        Plaintiffs,

    - against -

B.M.J. FOOD CORP.,
                        Defendant.
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, William K. Wolf, an attorney admitted to practice in the courts of the State of New York and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under the penalties of perjury, that on July 6, 2007, I caused a true and correct copy of the Notice of Dismissal to be served by first-class mail through the United States Post Office upon:

              Harold S. Berzow, Esq.
            Ruskin Moscou & Faltischek, P.C.
      Attorneys for Defendant B.M.J. Food Corp.
    1425 RexCorp Plaza, East Tower (15th Floor)
              Uniondale, N.Y. 11556

Dated: July 6, 2007
       New York, New York

                                              William K. Wolf (WW-7906)

Author: WKW   Doc Number:77214