UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN R. DURSO, JOHN DEMARTINO,
MURRAY J. MORRISSEY, JEFFREY
LAUB, and FRED WREN, as Trustees and
Fiduciaries of the LOCAL 338 HEALTH
AND WELFARE FUND,

and

JOHN R. DURSO, JOHN DEMARTINO,
ARTHUR CARAWAY, JEFFREY
LAUB, MICHAEL MOST, JON
GREENFIELD, JOHN CATSIMATIDES,
SAMUEL PELTZ, and SYDNEY KATZ,
as Trustees and Fiduciaries of the
LOCAL 338 RETIREMENT FUND,

                  Plaintiffs,

- against -

B.M.J. FOOD CORP.,

                  Defendant.
-------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

ECF CASE

07-CV-5781
(PKC) (RLE)

SO ORDERED
[signature]
USDJ
7-9-07

### NOTICE OF DISMISSAL

       Pursuant to FRCP 41(a)(1)(i), Plaintiffs, the Trustees and Fiduciaries of the Local 338 Health and Welfare and Retirement Funds, by their attorneys Friedman & Wolf, hereby dismiss this action against Defendant B.M.J. Food Corp.

Dated: July 6, 2007
       New York, New York

[signature]
William K. Wolf (WW-7906)

FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500
Attorneys for Plaintiffs

Author: WKW   Doc Number:77213